**Appeal Ordered Withdrawn and Opinion issued November 16, 1999**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-99-00823-CR
No. 05-99-00824-CR
No. 05-99-00825-CR

**JAMARQUISE WILLIAMS, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F98-48315-H, F97-52325-H & F97-52326-H**

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

## IN THE FIFTH DISTRICT COURT OF APPEALS

| | | |
|---|---|---|
| JAMARQUISE WILLIAMS,<br>    appellate | § | |
| | § | |
| | § | NO. F98-48315-H |
| V. | § | NO. F97-52325-H |
| | § | NO. F97-52326-H |
| THE STATE OF TEXAS,<br>    appellee | § | |

### MOTION TO WITHDRAW APPELLANT'S NOTICES OF APPEALS

Appellant, along with his appellate counsel, move the Court to withdraw his notice of appeal, as grounds, the appellant shows the following:



a.   The trial court was the Criminal District Court. For F98-48315-H, the date of judgment was March 10, 1999  For F97-52325-H and F97-52326-H, appellant was originally placed on probation on January 23, 1998. On March 9, 1999, when his probations were revoked, he received three years' penitentiary time.

b.   Appellant was convicted of two offenses of procession of controlled substance, and one possession of a prohibited weapon.

c.   A motion for new trial was timely filed on April 7, 1999.

d.   The appeal was perfected by a notice of appeal, which was filed on April 7, 1999.

J. Williams's motion to withdraw his notice of appeal
Page 2.

e. While no one has promised or guaranteed a specific outcome in this case, appellant no longer wishes to pursue his appeal in each of these cases. Based solely on the review of the paperwork in the court's file, appellant's counsel concurs in his decision.

Respectfully submitted,

_____
Scott Palmer
Attorney for the appellant
8235 Douglas 1221 LB 55
Dallas Tx 75225
214/369-9871
Texas Bar No. 00797196

_____
Terri Hamby
Attorney for the appellant
397 Dal-Rich Village
Richardson, TX 75080
214/661-9673
Texas Bar No. 00785935

_____
Jamarquise Williams,
Appellant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Motion to Withdraw Notice of Appeal has been delivered by mail to Mary Belton, the Official Court Reporter for the Criminal District Court, 133 N. Industrial Blvd., Dallas, Texas 75207, Belinda Martin, the Substitute Court Reporter for the Criminal District Court, % Drug Court, 133 N. Industrial Blvd., Dallas, Texas 75207, and to the Appellate Section of the District Attorney's Office of Dallas County, Texas, Frank Crowley Courts Building, 133 N. Industrial Blvd., Dallas, Texas 75207.

11/5/99
_____
Date

_____
Scott Palmer

Case Number: 05-99-00823-CR    Date Filed: 05/20/1999

Style:  Williams, Jamarquise
      v.
      The State of Texas

Trial Judge:
Trial Court Reporter:
Trial Court:          CRIMINAL DISTRICT COURT # 1  Trial County:        DALLAS

---

APP   Terri Hamby
       ATT 000785935
       Attorney at Law
       397 Dal-Rich Village
       Suite 207
       Richardson, TX 75080
       Phone 972/661-9673
       Fax 972/934-8739

STA   William T. (Bill) Hill, Jr.
       ATT 009669000
       ATTN:  APPELLATE SECTION
       Frank Crowley Courts Bldg., 10th FL
       133 N. Industrial Blvd. LB 19
       Dallas, TX 75207
       Phone 214/653-3845
       Fax



**Appeal Ordered Withdrawn and Opinion issued November 16, 1999**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-99-00823-CR
No. 05-99-00824-CR
No. 05-99-00825-CR

**JAMARQUISE WILLIAMS, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F98-48315-H, F97-52325-H & F97-52326-H**

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47